ACCEPTED
12-15-00034-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/20/2015 8:32:19 AM
CATHY LUSK
CLERK

# James W. Volberding
### Attorney and Counselor at Law
100 East Ferguson Street
Suite 500
Tyler, Texas 75702

Certified Public Accountant (Ark.)

American Society of CPAs

Board Certified, Criminal Law

Board Certified, Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/20/2015 8:32:19 AM

Telephone: 903.597.6622
CATHY S. LUSK
Telecopier: 866.398.6883
Clerk

e-mail: jamesvolberding@gmail.com

Cell Phone: 903.520.1373

March 20, 2015

Mr. Donald L. Gray                          *Via CM/RRR*
1721 Millcreek Drive
Tyler, TX 75703

RE:     *Application for Writ of Habeas Corpus, Cause Nos: 241-2621-06, 241-2620-06, and 241-2622-06*

        *Donald L. Gray v. State of Texas,* Cause Nos: 12-15-0034-CR, 12-15-00025-CR, 12-15-00036-CR

Dear Don:

    Enclosed please find a copy of the decision of the Tyler Court of Appeals in your favor and the judgment. If for some reason you wish to do so, you have the right to file a pro se petition for discretionary review under Rule 68 of the Texas Rules of Appellate Procedure. If you need a copy of such a form petition I will provide you one upon request.

Sincerely,

James W. Volberding

cc:     Ms. Katrina McClenny, Clerk of Court      *(via efile)*

**James W. Volberding**

Attorney and Counselor at Law
100 East Ferguson, Suite 500
Tyler, TX 75702

CERTIFIED MAIL®



7014 2120 0001 3224 5316

Mr. Don Gray
1721 Millcreek Drive
Tyler, TX 75703



$6.48©
US POSTAGE
FIRST-CLASS
FROM 75702
03/20/2015
stamps.com

06250009339008